AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 15-1014 |
| Ardale Denard Foster | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  08/05/2015 to 11/04/2015  in the county of  Monroe  in the Northern District of Mississippi, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2250(a) | Ardale Denard Foster, being a person required to register under the Federal Sex Offender Registration and Notification Act, knowingly failed to update a registration as a sex offender as required by the laws of the State of Michigan and knowingly failed to register as a sex offender in the State of Mississippi; all in violation of Title 18, United States Code, Section 2250(a). |

This criminal complaint is based on these facts:

See Attached Probable Cause Statement

☑ Continued on the attached sheet.

*Complainant's signature*

Richard Upchurch, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  11-10-15 03:06

*Judge's signature*

City and state:  Greenville, Mississippi    Jane M. Virden, U.S. Magistrate Judge
*Printed name and title*