FILED

DEC 10 2015

DAVID CREWS, CLERK
BY /s/ Signature Redacted
Deputy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.

ARDALE DENARD FOSTER

CRIMINAL NO. 1:15CR 137
18 U.S.C. § 2250(a)

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

From on or about July, 2015, to on or about November 4, 2015, in the Northern District of Mississippi and elsewhere, ARDALE DENARD FOSTER, defendant, being a person required to register under the Federal Sex Offender Registration and Notification Act, knowingly failed to update a registration as a sex offender as required by the laws of the State of Michigan, and knowingly failed to register as a sex offender in the State of Mississippi; all in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL

/s/ Felix C. [Signature]
UNITED STATES ATTORNEY

/s/ Signature Redacted
FOREPERSON